DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRITZ CESAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-511

[November 21, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas Michael Lynch, V, Judge; L.T. Case No. 12013941-CFl0A.

Fritz Cesar, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***